UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CHRISTINA P. TERRY,<br>YEVGENIY M. VOSHEV, and<br>BRUCE A. RAMIREZ-LOPEZ,<br><br>　　　　　Defendants. | 2:18-cr-00070-CKD<br><br>ORDER TO DISMISS DEFENDANT BRUCE A. RAMIREZ-LOPEZ<br><br>DATE: September 13, 2018<br>TIME: 9:30 a.m.<br>JUDGE: Hon. Carolyn K. Delaney |

It is hereby ordered that the plaintiff United States of America's Motion to Dismiss defendant Bruce A. Ramirez-Lopez from Case Number 2:18-cr-00070-CKD without prejudice is GRANTED.

Dated: September 13, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

ORDER TO DISMISS　　　　　1　　　　　U.S. v. CHRISTINA P. TERRY, ET AL